IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEON C. STAFFORD, SR., | : | Case No. 3:09-CV-00346 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| DOMINICK DEROSE, et al., | : | |
| Defendants. | : | |

**ORDER**

April 1, 2015

In accordance with the memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion for Sanctions is **GRANTED**. ECF No. 181.

2. Plaintiff's Motion to Strike is **DISMISSED** as moot. ECF No. 175.

3. Final Judgment is entered in favor of Defendants and against Plaintiff.

4. The clerk is directed to close the case file.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge

1